**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

July 28, 2011

Jon D. Pels, Esquire
Lawrence J. Anderson, Esquire
Pels, Anderson & Lee LLC
4833 Rugby Avenue, 4th Floor
Bethesda, Maryland 20814

Farin Khosravi, Esquire
Joel S. Allen, Esquire
Melissa M. Hensley, Esquire
Morgan, Lewis & Bockius LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201

Chaka A. Keiller, Esquire
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Charles L. Gould, Esquire
Beasley, Allen, Crow, Methvin,
Portis & Miles PC
218 Commerce Street
Montgomery, AL 36104

Subject: Sandra Waltermyer v. Dolgencorp, Inc., Civil No. JFM-10-1058
Sue Strawsburg v. Dolgencorp, Inc., Civil No. JFM-10-1059
Charles Toogood v. Dolgencorp, Inc., Civil No. JFM-10-1060
Brenda Smith v. Dolgencorp, Inc., Civil No. JFM-10-1061
Michael Kreiner v. Dolgencorp, Inc., Civil No. JFM-10-1062
Deborah McManus v. Dolgencorp, Inc., Civil No. JFM-10-1063
Aimee Egolf v. Dolgencorp, Inc., Civil No. JFM-10-1064
Frances Kline v. Dolgencorp, Inc., Civil No. JFM-10-1065
Patricia Hoover v. Dolgencorp, Inc., Civil No. JFM-10-1066
Jayne Dietrich v. Dolgencorp, Inc., Civil No. JFM-10-1067
James Cheseldine v. Dolgencorp, Inc., Civil No. JFM-10-1068
Jo Debyser v. Dolgencorp, Inc., Civil No. JFM-10-1069
Darla Burger v. Dolgencorp, Inc., Civil No. JFM-10-1070
James Cannady v. Dolgencorp, Inc., Civil No. JFM-10-1071
Patty Carter v. Dolgencorp, Inc., Civil No. JFM-10-1072

Dear Counsel:

     I have received your joint letter dated July 27, 2011 indicating that the settlement conference scheduled in the above referenced cases should not proceed as scheduled. In accordance with your letter, I am cancelling the settlement conference scheduled for Monday, September 26, 2011 in these cases.

Counsel of Record
Civil Case Nos. JFM-10-1058 thru JFM-10-1072
July 28, 2011

    As you continue your settlement discussions, please call me if I can be of assistance.

Thank you for your attention in this matter.

    Very truly yours,

    /s/
    Beth P. Gesner
    United States Magistrate Judge

cc:    Judge Motz